In re:                                                 Case No. 25-01840-MJC

Joann Tarabocchia                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                       User: AutoDocke                         Page 1 of 3

Date Rcvd: Aug 01, 2025                  Form ID: ntnew341                    Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann Tarabocchia, 847 Underwood Road West, East Stroudsburg, PA 18302-8480 |
| 5723502 | | Ambetter Health Insurance, PO Box 5010, Farmington, MO 63640-5010 |
| 5723505 | + | Berkheimer Tax Administrator, 50 N. 7th Street, Bangor, PA 18013-1731 |
| 5723508 | + | Bridgecrest Corporate Office, 7300 E Hampton Ave, Suite 101, Mesa, AZ 85209-3324 |
| 5723515 | | Cleo Ai, Inc, 594 Broadway, New York, NY 10012-3233 |
| 5723517 | + | Cleo Ai, Inc Corp Office, 1209 Orange Street, Wilmington, DE 19801-1120 |
| 5723522 | | Emer Phys Assoc of PA Pc, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5723521 | | Emer Phys Assoc of PA Pc, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5723501 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5723526 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 2800 Pottsville Pike, Reading, PA 19605 |
| 5723525 | + | Met Ed, Box 371433, Pittsburgh, PA 15250-7433 |
| 5723527 | + | Metro Dermatology, 2175 Lemoine Avenue, 6th Floor, Fort Lee, NJ 07024-6020 |
| 5723529 | + | Midland Mortgage corporate office, 999 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 5723533 | + | Money Lion Corp Headquarters, 30 West 21st Street, 9th Floor, New York, NY 10010-6957 |
| 5723535 | + | Monroe Lake HOA, 6237 Lakeshore Drive East, East Stroudsburg, PA 18302-8396 |
| 5723534 | + | Monroe Lake HOA, 6253 Lake Shore Drive E, East Stroudsburg, PA 18302-8396 |
| 5723538 | | Valley Er Associates PA, Attn: Bankruptcy, PO Box 979, Reisterstown, MD 21136-0979 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 18:42:21 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 18:42:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723503 | ^ | MEBN | Aug 01 2025 18:38:16 | Amerisol, PO Box 979, Reisterstown, MD 21136-0979 |
| 5723504 | | Email/Text: dltlegal@hab-inc.com | Aug 01 2025 18:40:00 | Berkheimer, HAB-DLT, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5723507 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 01 2025 18:41:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 5723506 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 01 2025 18:41:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5724662 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 18:42:22 | Bridgecrest Acceptance Corporation, AIS Portfolio |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5727224 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 18:42:10 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723509 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 18:42:22 | Bridgecrest/Caravana, LLC, 4515 N. Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5723511 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 01 2025 18:42:22 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 5723512 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 01 2025 18:42:10 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5724661 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 18:42:22 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723513 | | Email/Text: bnko@cpcrecovery.com | Aug 01 2025 18:41:00 | Central Portfolio Cont, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 5723514 | | Email/Text: bankruptcy@webbank.com | Aug 01 2025 18:40:00 | Cleo Ai, Inc, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5723516 | + | Email/Text: compliance@meetcleo.com | Aug 01 2025 18:40:00 | Cleo Ai, Inc, 150 W 25th St Rm 403, New York, NY 10001-7460 |
| 5723518 | | Email/Text: bdsupport@creditmanagementcompany.com | Aug 01 2025 18:41:00 | Collection Management, 661 Andersen Dr, Pittsburgh, PA 15220-2700 |
| 5723519 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2025 18:41:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5723520 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 02 2025 08:39:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 5723523 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 02 2025 08:39:00 | Geico Secure Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5723524 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 01 2025 18:40:00 | Internal Revenue Service, Bankruptcy Notices, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5730307 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 01 2025 18:40:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5727909 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 01 2025 18:42:01 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5723528 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2025 18:41:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5723531 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 01 2025 18:42:22 | Midland Mtg/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5723530 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 01 2025 18:42:22 | Midland Mtg/Midfirst, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5723532 | ^ | MEBN | Aug 01 2025 18:38:11 | Money Lion, 249 West 17th Street, FL 4, New York, NY 10011-5390 |
| 5728122 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 01 2025 18:40:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5723536 | + | Email/Text: opportunitynotices@gmail.com | Aug 01 2025 18:41:00 | Opploans, One Prudential Plaza, 130 E Randolph St Suite 3400, Chicago, IL 60601-6379 |
| 5723537 | + | Email/Text: opportunitynotices@gmail.com | Aug 01 2025 18:41:00 | Opps Loan, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5724031 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 01 2025 18:42:11 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5723500 | *+ | Joann Tarabocchia, 847 Underwood Road West, East Stroudsburg, PA 18302-8480 |
| 5723510 | ##+ | Bristol West Insurance, 5990 West Creek Road, Independence, OH 44131-2181 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Erik Mark Helbing | on behalf of Debtor 1 Joann Tarabocchia ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Joann Tarabocchia,            Chapter     13

**Debtor 1**

Case No.     5:25−bk−01840−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: August 25, 2025<br><br>Time: 11:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 1, 2025 |

ntnew341 (09/23)