# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    Joann Tarabocchia                              Case No.    5:25-bk-1840
                      Debtor(s)                         Chapter     13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  Joann Tarabocchia  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   August 14, 2025           Signature   /s/ Joann Tarabocchia
                                             Joann Tarabocchia
                                             Debtor

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 04/13/2025 |
| Period Ending: | 04/26/2025 |
| Pay Date: | 05/02/2025 |

Regulus Group, LLC
2701 E Grauwyler Road
Irving, TX  75061

Taxable Marital Status:     Single

JOANN TARABOCCHIA
847 UNDERWOOD ROAD WEST
EAST STROUDSBURG, PA  18302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1,600.00 | |
| Overtime | 30.0000 | 29.50 | 885.00 | |
| | **Gross Pay** | $ | 2,485.00 | 19,129.44 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 260.55- | 1,746.19- |
| | Social Security Tax | 154.07- | 1,137.46- |
| | Medicare Tax | 36.03- | 266.02- |
| | SUI Tax | 10.56- | 81.30- |
| | SDI Tax | 5.72- | 44.00- |
| | PA Withholding Tax | 76.29- | 563.23- |
| | Paid Family Leave Ins | 8.20- | 63.13- |

| | Other | | |
|---|---|---|---|
| | Long Term Disb | 9.97- | |
| | Vol Life Emp | 16.40- | |
| | Vol Life Sps | 17.12- | |
| | **Net Pay** | $ | 1,890.09 |
| | Checking 4 | | 1,890.09- |
| | **Net Check** | $ | 0.00 |

**Important Notes**
Rate Type:  Hourly

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Work Hrs | | 109.50 |

Note: This is only a record of a prior payment/adjustment. This is not an image of the actual statement. The actual statement may be found in iReports/iPay.

Regulus Group, LLC
2701 E Grauwyler Road
Irving, TX  75061

| | |
|---|---|
| Advice number: | 0000180142 |
| Period Beginning: | 04/13/2025 |
| Period Ending: | 04/26/2025 |
| Pay Date: | 05/02/2025 |
| Employee ID: | 021240 |

Pay to the
order of     **JOANN TARABOCCHIA**

This Amount:     **NO AND 00/100 DOLLARS**                                                    $0.00

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 04/27/2025 |
| Period Ending: | 05/10/2025 |
| Pay Date: | 05/16/2025 |

Regulus Group, LLC
2701 E Grauwyler Road
Irving, TX 75061

Taxable Marital Status: Single

JOANN TARABOCCHIA
847 UNDERWOOD ROAD WEST
EAST STROUDSBURG, PA 18302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1,600.00 | |
| Overtime | 30.0000 | 35.00 | 1,050.00 | |
| | **Gross Pay** | $ | 2,650.00 | 21,779.44 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 296.85- | 2,043.04- |
| | Social Security Tax | 164.30- | 1,301.76- |
| | Medicare Tax | 38.42- | 304.44- |
| | SUI Tax | 11.26- | 92.56- |
| | SDI Tax | 6.09- | 50.09- |
| | PA Withholding Tax | 81.36- | 644.59- |
| | Paid Family Leave Ins | 8.74- | 71.87- |

| Other | | |
|---|---|---|
| Long Term Disb | 9.97- | |
| Vol Life Emp | 16.40- | |
| Vol Life Sps | 17.12- | |
| **Net Pay** | $ | 1,999.49 |
| Checking 4 | | 1,999.49- |
| **Net Check** | $ | 0.00 |

**Important Notes**
Rate Type: Hourly

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Work Hrs | | 115.00 |

Note: This is only a record of a prior payment/adjustment. This is not an image of the actual statement. The actual statement may be found in iReports/iPay.

---

Regulus Group, LLC
2701 E Grauwyler Road
Irving, TX 75061

| | |
|---|---|
| Advice number: | 0000200147 |
| Period Beginning: | 04/27/2025 |
| Period Ending: | 05/10/2025 |
| Pay Date: | 05/16/2025 |
| Employee ID: | 021240 |

Pay to the order of **JOANN TARABOCCHIA**

This Amount: **NO AND 00/100 DOLLARS**  $0.00

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

Regulus Group, LLC
2701 E Grauwyler Road
Irving, TX 75061

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/11/2025 |
| Period Ending: | 05/24/2025 |
| Pay Date: | 05/30/2025 |

Taxable Marital Status: Single

JOANN TARABOCCHIA
847 UNDERWOOD ROAD WEST
EAST STROUDSBURG, PA 18302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1,600.00 | |
| Overtime | 30.0000 | 34.25 | 1,027.50 | |
| **Gross Pay** | | $ | 2,627.50 | 24,406.94 |

| Important Notes | | |
|---|---|---|
| Rate Type: Hourly | | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Work Hrs | | 114.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 291.90- | 2,334.94- |
| | Social Security Tax | 162.90- | 1,464.66- |
| | Medicare Tax | 38.10- | 342.54- |
| | SUI Tax | 11.17- | 103.73- |
| | SDI Tax | 6.05- | 56.14- |
| | PA Withholding Tax | 80.66- | 725.25- |
| | Paid Family Leave Ins | 8.67- | 80.54- |
| **Other** | | | |
| | Long Term Disb | 9.97- | |
| | Vol Life Emp | 16.40- | |
| | Vol Life Sps | 17.12- | |
| | **Net Pay** | $ 1,984.56 | |
| | Checking 4 | 1,984.56- | |
| | **Net Check** | $ 0.00 | |

Note: This is only a record of a prior payment/adjustment. This is not an image of the actual statement. The actual statement may be found in iReports/iPay.

Regulus Group, LLC
2701 E Grauwyler Road
Irving, TX 75061

| | |
|---|---|
| Advice number: | 0000220145 |
| Period Beginning: | 05/11/2025 |
| Period Ending: | 05/24/2025 |
| Pay Date: | 05/30/2025 |
| Employee ID: | 021240 |

Pay to the order of: **JOANN TARABOCCHIA**

This Amount: **NO AND 00/100 DOLLARS** | $0.00

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

WQS 021240 022-06         0000240140

# Earnings Statement

Period Beginning: 05/25/2025
Period Ending: 06/07/2025
Pay Date: 06/13/2025

Regulus Group, LLC
2701 E Grauwyler Road
Irving, TX 75061

Taxable Marital Status:     Single

JOANN TARABOCCHIA
847 UNDERWOOD ROAD WEST
EAST STROUDSBURG, PA  18302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1,600.00 | |
| Overtime | 30.0000 | 25.75 | 772.50 | |
| Holiday | 20.0000 | 8.00 | 160.00 | |
| **Gross Pay** | | | **$ 2,532.50** | 26,939.44 |

**Important Notes**
Rate Type: Hourly

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Work Hrs | | 105.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 271.00- | 2,605.94- |
| | Social Security Tax | 157.02- | 1,621.68- |
| | Medicare Tax | 36.72- | 379.26- |
| | SUI Tax | 10.76- | 114.49- |
| | SDI Tax | 5.82- | 61.96- |
| | PA Withholding Tax | 77.75- | 803.00- |
| | Paid Family Leave Ins | 8.36- | 88.90- |
| | **Other** | | |
| | Long Term Disb | 9.97- | |
| | Vol Life Emp | 16.40- | |
| | Vol Life Sps | 17.12- | |
| | **Net Pay** | **$ 1,921.58** | |
| | Checking 4 | 1,921.58- | |
| | **Net Check** | **$ 0.00** | |

Note: This is only a record of a prior payment/adjustment. This is not an image of the actual statement. The actual statement may be found in iReports/iPay.

Regulus Group, LLC
2701 E Grauwyler Road
Irving, TX  75061

Advice number: 0000240140
Period Beginning: 05/25/2025
Period Ending: 06/07/2025
Pay Date: 06/13/2025
Employee ID: 021240

Pay to the order of  **JOANN TARABOCCHIA**

This Amount:  **NO AND 00/100 DOLLARS**                                    $0.00

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

WQS  021240   022-06           0000260137

# Earnings Statement

Regulus Group, LLC  
2701 E Grauwyler Road  
Irving, TX  75061

Period Beginning: 06/08/2025  
Period Ending: 06/21/2025  
Pay Date: 06/27/2025

Taxable Marital Status:   Single

JOANN TARABOCCHIA  
847 UNDERWOOD ROAD WEST  
EAST STROUDSBURG, PA  18302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1,600.00 | |
| Overtime | 30.0000 | 27.25 | 817.50 | |
| | **Gross Pay** | $ | 2,417.50 | 29,356.94 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 245.70- | 2,851.64- |
| | Social Security Tax | 149.88- | 1,771.56- |
| | Medicare Tax | 35.06- | 414.32- |
| | SUI Tax | 10.28- | 124.77- |
| | SDI Tax | 5.56- | 67.52- |
| | PA Withholding Tax | 74.22- | 877.22- |
| | Paid Family Leave Ins | 7.98- | 96.88- |

| | **Other** | | |
|---|---|---|---|
| | Long Term Disb | 9.97- | |
| | Vol Life Emp | 16.40- | |
| | Vol Life Sps | 17.12- | |
| | **Net Pay** | $ | 1,845.33 |
| | Checking 4 | | 1,845.33- |
| | **Net Check** | $ | 0.00 |

| Important Notes | | |
|---|---|---|
| Rate Type:  Hourly | | |
| **Other Benefits and Information** | **this period** | **year to date** |
| Total Work Hrs | | 107.25 |

Note: This is only a record of a prior payment/adjustment. This is not an image of the actual statement. The actual statement may be found in iReports/iPay.

Regulus Group, LLC  
2701 E Grauwyler Road  
Irving, TX  75061

Advice number: 0000260137  
Period Beginning: 06/08/2025  
Period Ending: 06/21/2025  
Pay Date: 06/27/2025  
Employee ID: 021240

Pay to the order of    **JOANN TARABOCCHIA**  
This Amount:   **NO AND 00/100 DOLLARS**                    $0.00

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)