UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOANN TARABCCHIA | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JOANN TARABCCHIA | : | |
| | : | |
| Respondent(s) | : | CASE NO. **5:25-bk-01840** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) The plan is underfunded relative to claims to be paid – 100% plan.
    b) Secured claims not in plan ($12,099 mortgage arrearage claim – Clam 3)..

2. The plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the plan (as to Capital One Auto Finance).

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s)' plan.
      b. Dismiss or convert debtor(s)' case.
      c. Provide such other relief as is equitable and just.

Dated: August 25, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

ERIK MARK HELBING
BOWE & ODORIZZI LAW
109 WEST BROAD STREET
TAMAQUA, PA   18252-1916


Dated:     August 25, 2025


                        /s/ Jack N. Zaharopoulos
                        Office of Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee