United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01840-MJC |
| Joann Tarabocchia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 4
Date Rcvd: Aug 25, 2025                 Form ID: ntcnfhrg                   Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann Tarabocchia, 847 Underwood Road West, East Stroudsburg, PA 18302-8480 |
| 5723502 | | Ambetter Health Insurance, PO Box 5010, Farmington, MO 63640-5010 |
| 5723505 | + | Berkheimer Tax Administrator, 50 N. 7th Street, Bangor, PA 18013-1731 |
| 5723508 | + | Bridgecrest Corporate Office, 7300 E Hampton Ave, Suite 101, Mesa, AZ 85209-3324 |
| 5723515 | | Cleo Ai, Inc, 594 Broadway, New York, NY 10012-3233 |
| 5723517 | + | Cleo Ai, Inc Corp Office, 1209 Orange Street, Wilmington, DE 19801-1120 |
| 5723522 | | Emer Phys Assoc of PA Pc, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5723521 | | Emer Phys Assoc of PA Pc, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5723501 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5723526 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 2800 Pottsville Pike, Reading, PA 19605 |
| 5723525 | + | Met Ed, Box 371433, Pittsburgh, PA 15250-7433 |
| 5723527 | + | Metro Dermatology, 2175 Lemoine Avenue, 6th Floor, Fort Lee, NJ 07024-6020 |
| 5723529 | + | Midland Mortgage corporate office, 999 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 5733711 | | Midland Mtg/Midfirst, PO Box 248921, Oklahoma City, OK 73124-8921 |
| 5723533 | + | Money Lion Corp Headquarters, 30 West 21st Street, 9th Floor, New York, NY 10010-6957 |
| 5723535 | + | Monroe Lake HOA, 6237 Lakeshore Drive East, East Stroudsburg, PA 18302-8396 |
| 5723534 | + | Monroe Lake HOA, 6253 Lake Shore Drive E, East Stroudsburg, PA 18302-8396 |
| 5733716 | + | Monroe Lake POA, 106 Columbia Drive, Suite 3, East Stroudsburg, PA 18301-8221 |
| 5733715 | | Monroe Lake POA, c/o FirstService Residential East, PO Box 30398, Tampa, FL 33630-3398 |
| 5723538 | | Valley Er Associates PA, Attn: Bankruptcy, PO Box 979, Reisterstown, MD 21136-0979 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:54:42 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:56:35 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723503 | ^ | MEBN | Aug 25 2025 18:44:26 | Amerisol, PO Box 979, Reisterstown, MD 21136-0979 |
| 5723504 | | Email/Text: dltlegal@hab-inc.com | Aug 25 2025 18:49:00 | Berkheimer, HAB-DLT, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5723507 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 25 2025 18:49:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 5723506 | | Email/Text: rm-bknotices@bridgecrest.com | | |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 25 2025 18:49:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5724662 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:56:04 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5727224 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:56:20 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723509 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:56:35 | Bridgecrest/Caravana, LLC, 4515 N. Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5723511 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 25 2025 19:07:08 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 5723512 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 25 2025 18:54:55 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5724661 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:56:37 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723513 | | Email/Text: bnko@cpcrecovery.com | Aug 25 2025 18:49:00 | Central Portfolio Cont, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 5723514 | | Email/Text: bankruptcy@webbank.com | Aug 25 2025 18:48:00 | Cleo Ai, Inc, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5723516 | + | Email/Text: compliance@meetcleo.com | Aug 25 2025 18:49:00 | Cleo Ai, Inc, 150 W 25th St Rm 403, New York, NY 10001-7460 |
| 5723518 | | Email/Text: bdsupport@creditmanagementcompany.com | Aug 25 2025 18:49:00 | Collection Management, 661 Andersen Dr, Pittsburgh, PA 15220-2700 |
| 5723519 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2025 18:49:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5723520 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2025 18:49:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 5723523 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2025 18:49:00 | Geico Secure Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5723524 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2025 18:49:00 | Internal Revenue Service, Bankruptcy Notices, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5730307 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 25 2025 18:49:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5727909 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 18:55:52 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5723528 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2025 18:49:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5733709 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 18:55:01 | Midland Mortgage, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5723531 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 18:56:32 | Midland Mtg/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5723530 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 18:55:57 | Midland Mtg/Midfirst, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5723532 | ^ | MEBN | Aug 25 2025 18:44:18 | Money Lion, 249 West 17th Street, FL 4, New York, NY 10011-5390 |
| 5728122 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 25 2025 18:48:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5723536 | + | Email/Text: opportunitynotices@gmail.com | Aug 25 2025 18:49:00 | Opploans, One Prudential Plaza, 130 E Randolph |

| Recip ID | Bypass Reason | | | Name and Address |
|---|---|---|---|---|
| 5723537 | + | Email/Text: opportunitynotices@gmail.com | Aug 25 2025 18:49:00 | St Suite 3400, Chicago, IL 60601-6379<br>Opps Loan, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5733720 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 25 2025 18:56:38 | U.S. Depart of Housing and Urban Dev., 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5724031 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 25 2025 18:56:38 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5733684 | * | Amerisol, PO Box 979, Reisterstown, MD 21136-0979 |
| 5733685 | *P++ | BERKHEIMER, PO BOX 20662, LEHIGH VALLEY PA 18002-0662, address filed with court:, Berkheimer, HAB-DLT, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5733686 | *+ | Berkheimer Tax Administrator, 50 N. 7th Street, Bangor, PA 18013-1731 |
| 5733688 | * | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 5733687 | * | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5733689 | *+ | Bridgecrest Corporate Office, 7300 E Hampton Ave, Suite 101, Mesa, AZ 85209-3324 |
| 5733690 | *+ | Bridgecrest/Caravana, LLC, 4515 N. Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5733691 | *+ | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 5733692 | * | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5733693 | * | Central Portfolio Cont, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 5733694 | * | Cleo Ai, Inc, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5733695 | * | Cleo Ai, Inc, 594 Broadway, New York, NY 10012-3233 |
| 5733696 | *+ | Cleo Ai, Inc, 150 W 25th St Rm 403, New York, NY 10001-7460 |
| 5733697 | *+ | Cleo Ai, Inc Corp Office, 1209 Orange Street, Wilmington, DE 19801-1120 |
| 5733698 | * | Collection Management, 661 Andersen Dr, Pittsburgh, PA 15220-2700 |
| 5733699 | * | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5733700 | * | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 5733702 | * | Emer Phys Assoc of PA Pc, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5733701 | * | Emer Phys Assoc of PA Pc, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5733683 | *+ | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5733703 | * | Geico Secure Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5733704 | * | Internal Revenue Service, Bankruptcy Notices, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5723500 | *+ | Joann Tarabocchia, 847 Underwood Road West, East Stroudsburg, PA 18302-8480 |
| 5733682 | *+ | Joann Tarabocchia, 847 Underwood Road West, East Stroudsburg, PA 18302-8480 |
| 5733706 | *P++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976, address filed with court:, Met-Ed, 2800 Pottsville Pike, Reading, PA 19605 |
| 5733705 | *+ | Met Ed, Box 371433, Pittsburgh, PA 15250-7433 |
| 5733707 | *+ | Metro Dermatology, 2175 Lemoine Avenue, 6th Floor, Fort Lee, NJ 07024-6020 |
| 5733708 | *+ | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5733710 | *+ | Midland Mortgage Corporate Office, 999 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 5733712 | *+ | Money Lion, 249 West 17th Street, FL 4, New York, NY 10011-5390 |
| 5733713 | *+ | Money Lion Corp Headquarters, 30 West 21st Street, 9th Floor, New York, NY 10010-6957 |
| 5733714 | *+ | Monroe Lake HOA, 6253 Lake Shore Drive E, East Stroudsburg, PA 18302-8396 |
| 5733717 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5733718 | *+ | Opploans, One Prudential Plaza, 130 E Randolph St Suite 3400, Chicago, IL 60601-6379 |
| 5733719 | *+ | Opps Loan, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5733721 | * | Valley Er Associates PA, Attn: Bankruptcy, PO Box 979, Reisterstown, MD 21136-0979 |
| 5723510 | ##+ | Bristol West Insurance, 5990 West Creek Road, Independence, OH 44131-2181 |

TOTAL: 0 Undeliverable, 36 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erik Mark Helbing | on behalf of Debtor 1 Joann Tarabocchia ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joann Tarabocchia,　　　　　　　　　　　　　　Chapter　　13

　　**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　　　Case No.　　5:25−bk−01840−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 25, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 2, 2025  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Seth F. Eisenberg  Clerk of the Bankruptcy Court:  By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 25, 2025 |

ntcnfhrg (08/21)