In re:                                                                            Case No. 25-01840-MJC

Joann Tarabocchia                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Joann Tarabocchia, 847 Underwood Road West, East Stroudsburg, PA 18302-8480 |
| 5723502 | | Ambetter Health Insurance, PO Box 5010, Farmington, MO 63640-5010 |
| 5723505 | + | Berkheimer Tax Administrator, 50 N. 7th Street, Bangor, PA 18013-1731 |
| 5723508 | + | Bridgecrest Corporate Office, 7300 E Hampton Ave, Suite 101, Mesa, AZ 85209-3324 |
| 5723515 | | Cleo Ai, Inc, 594 Broadway, New York, NY 10012-3233 |
| 5723517 | + | Cleo Ai, Inc Corp Office, 1209 Orange Street, Wilmington, DE 19801-1120 |
| 5723522 | | Emer Phys Assoc of PA Pc, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5723521 | | Emer Phys Assoc of PA Pc, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5723501 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5723526 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 2800 Pottsville Pike, Reading, PA 19605 |
| 5723525 | + | Met Ed, Box 371433, Pittsburgh, PA 15250-7433 |
| 5723527 | + | Metro Dermatology, 2175 Lemoine Avenue, 6th Floor, Fort Lee, NJ 07024-6020 |
| 5723529 | + | Midland Mortgage corporate office, 999 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 5733711 | | Midland Mtg/Midfirst, PO Box 248921, Oklahoma City, OK 73124-8921 |
| 5723533 | + | Money Lion Corp Headquarters, 30 West 21st Street, 9th Floor, New York, NY 10010-6957 |
| 5723535 | + | Monroe Lake HOA, 6237 Lakeshore Drive East, East Stroudsburg, PA 18302-8396 |
| 5723534 | + | Monroe Lake HOA, 6253 Lake Shore Drive E, East Stroudsburg, PA 18302-8396 |
| 5733716 | + | Monroe Lake POA, 106 Columbia Drive, Suite 3, East Stroudsburg, PA 18301-8221 |
| 5733715 | | Monroe Lake POA, c/o FirstService Residential East, PO Box 30398, Tampa, FL 33630-3398 |
| 5723538 | | Valley Er Associates PA, Attn: Bankruptcy, PO Box 979, Reisterstown, MD 21136-0979 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.agb.ebn@aisinfo.com | Aug 25 2025 18:54:38 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:56:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723503 | ^ | MEBN | Aug 25 2025 18:44:27 | Amerisol, PO Box 979, Reisterstown, MD 21136-0979 |
| 5723504 | | Email/Text: dltlegal@hab-inc.com | Aug 25 2025 18:49:00 | Berkheimer, HAB-DLT, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5723507 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 25 2025 18:49:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 5723506 | | Email/Text: rm-bknotices@bridgecrest.com | | |

| | | Aug 25 2025 18:49:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
|---|---|---|---|
| 5724662 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:55:26 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5727224 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:55:16 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723509 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:56:09 | Bridgecrest/Caravana, LLC, 4515 N. Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5723511 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 25 2025 18:55:55 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 5723512 | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 25 2025 18:54:42 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5724661 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 18:56:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5723513 | Email/Text: bnko@cpcrecovery.com | Aug 25 2025 18:49:00 | Central Portfolio Cont, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 5723514 | Email/Text: bankruptcy@webbank.com | Aug 25 2025 18:48:00 | Cleo Ai, Inc, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5723516 | + Email/Text: compliance@meetcleo.com | Aug 25 2025 18:49:00 | Cleo Ai, Inc, 150 W 25th St Rm 403, New York, NY 10001-7460 |
| 5723518 | Email/Text: bdsupport@creditmanagementcompany.com | Aug 25 2025 18:49:00 | Collection Management, 661 Andersen Dr, Pittsburgh, PA 15220-2700 |
| 5723519 | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2025 18:49:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5723520 | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2025 18:49:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 5723523 | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2025 18:49:00 | Geico Secure Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5723524 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2025 18:49:00 | Internal Revenue Service, Bankruptcy Notices, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5730307 | + Email/Text: BankruptcyEast@firstenergycorp.com | Aug 25 2025 18:49:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5727909 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 18:56:22 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5723528 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2025 18:49:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5733709 | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 18:55:49 | Midland Mortgage, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5723531 | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 18:56:44 | Midland Mtg/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5723530 | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 18:56:42 | Midland Mtg/Midfirst, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5723532 | ^ MEBN | Aug 25 2025 18:44:19 | Money Lion, 249 West 17th Street, FL 4, New York, NY 10011-5390 |
| 5728122 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 25 2025 18:48:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5723536 | + Email/Text: opportunitynotices@gmail.com | Aug 25 2025 18:49:00 | Opploans, One Prudential Plaza, 130 E Randolph |

| | | | St Suite 3400, Chicago, IL 60601-6379 |
|---|---|---|---|
| 5723537 | + Email/Text: opportunitynotices@gmail.com | Aug 25 2025 18:49:00 | Opps Loan, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5733720 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 25 2025 18:56:38 | U.S. Depart of Housing and Urban Dev., 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5724031 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 25 2025 18:56:38 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5733684 | * | Amerisol, PO Box 979, Reisterstown, MD 21136-0979 |
| 5733685 | *P++ | BERKHEIMER, PO BOX 20662, LEHIGH VALLEY PA 18002-0662, address filed with court:, Berkheimer, HAB-DLT, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5733686 | *+ | Berkheimer Tax Administrator, 50 N. 7th Street, Bangor, PA 18013-1731 |
| 5733688 | * | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 5733687 | * | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5733689 | *+ | Bridgecrest Corporate Office, 7300 E Hampton Ave, Suite 101, Mesa, AZ 85209-3324 |
| 5733690 | *+ | Bridgecrest/Caravana, LLC, 4515 N. Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5733691 | *+ | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 5733692 | * | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5733693 | * | Central Portfolio Cont, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 5733694 | * | Cleo Ai, Inc, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5733695 | * | Cleo Ai, Inc, 594 Broadway, New York, NY 10012-3233 |
| 5733696 | *+ | Cleo Ai, Inc, 150 W 25th St Rm 403, New York, NY 10001-7460 |
| 5733697 | *+ | Cleo Ai, Inc Corp Office, 1209 Orange Street, Wilmington, DE 19801-1120 |
| 5733698 | * | Collection Management, 661 Andersen Dr, Pittsburgh, PA 15220-2700 |
| 5733699 | * | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5733700 | * | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 5733702 | * | Emer Phys Assoc of PA Pc, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5733701 | * | Emer Phys Assoc of PA Pc, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5733683 | *+ | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5733703 | * | Geico Secure Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5733704 | * | Internal Revenue Service, Bankruptcy Notices, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5723500 | *+ | Joann Tarabocchia, 847 Underwood Road West, East Stroudsburg, PA 18302-8480 |
| 5733682 | *+ | Joann Tarabocchia, 847 Underwood Road West, East Stroudsburg, PA 18302-8480 |
| 5733706 | *P++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976, address filed with court:, Met-Ed, 2800 Pottsville Pike, Reading, PA 19605 |
| 5733705 | *+ | Met Ed, Box 371433, Pittsburgh, PA 15250-7433 |
| 5733707 | *+ | Metro Dermatology, 2175 Lemoine Avenue, 6th Floor, Fort Lee, NJ 07024-6020 |
| 5733708 | *+ | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5733710 | *+ | Midland Mortgage Corporate Office, 999 NW Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 5733712 | *+ | Money Lion, 249 West 17th Street, FL 4, New York, NY 10011-5390 |
| 5733713 | *+ | Money Lion Corp Headquarters, 30 West 21st Street, 9th Floor, New York, NY 10010-6957 |
| 5733714 | *+ | Monroe Lake HOA, 6253 Lake Shore Drive E, East Stroudsburg, PA 18302-8396 |
| 5733717 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5733718 | *+ | Opploans, One Prudential Plaza, 130 E Randolph St Suite 3400, Chicago, IL 60601-6379 |
| 5733719 | *+ | Opps Loan, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5733721 | * | Valley Er Associates PA, Attn: Bankruptcy, PO Box 979, Reisterstown, MD 21136-0979 |
| 5723510 | ##+ | Bristol West Insurance, 5990 West Creek Road, Independence, OH 44131-2181 |

TOTAL: 0 Undeliverable, 36 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Erik Mark Helbing | on behalf of Debtor 1 Joann Tarabocchia ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

## LOCAL BANKRUPTCY FORM 3015-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Joann Tarabocchia

CHAPTER 13
CASE NO. 5:25-bk-1840

☒ ORIGINAL PLAN
____ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☒ 1 Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☒ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☒ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

    **A.**    **Plan Payments From Future Income**

        1. To date, the Debtor paid $ 0.00 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $70,505.00, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 08/25 | 08/25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/25 | 06/30 | 1,195.00 | 0.00 | 1,195.00 | 70,505.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $70,505.00 |

        2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☒ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

## B. Additional Plan Funding From Liquidation of Assets/Other

1. The Debtor estimates that the liquidation value of this estate is $47,152.38. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☒ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

_____

## 2. SECURED CLAIMS.

### A. Pre-Confirmation Distributions. *Check one.*

☒ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

### B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☒ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Midland Mortgage | 847 Underwood Road West, East Stroudsburg, PA 18302 Monroe County | 3690 |
| Monroe Lake HOA | 847 Underwood Road West, East Stroudsburg, PA 18302 Monroe County | 4701 |
| U.S. Depart of Housing and Urban Dev. | 847 Underwood Road West, East Stroudsburg, PA 18302 Monroe County | 1976 |

### C. Arrears (Including, but not limited to, claims secured by Debtor's principal residence). *Check one.*
☒ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

### D. Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)
☒ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

### E. Secured claims for which a § 506 valuation is applicable. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

☒ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Capital One Auto Finance | 2019 Volkswagen Atlas 85000 miles | $19,280.00 | 9.50% | $21,530.98 | Plan |

**F.** **Surrender of Collateral.** *Check one.*

☒ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☒ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.** **PRIORITY CLAIMS.**

    **A.** **Administrative Claims**

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. <u>Attorney's fees.</u> Complete only one of the following options:

            a.    In addition to the retainer of $ 600.00  already paid by the Debtor, the amount of $ 3,900.00  in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

            b.    $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

        3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
            *Check one of the following two lines.*

☒ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    **B.** **Priority Claims (including, certain Domestic Support Obligations)**

    Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Berkheimer Tax Administrator | $1,099.79 |

    **C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

☒ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.** **UNSECURED CLAIMS**

3

**A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.**
*Check one of the following two lines.*

☒ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

☒ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.** **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☐ plan confirmation.
☒ entry of discharge.
☐ closing of case.

**7.** **DISCHARGE: (Check one)**

☒ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8.** **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

4

**9.**     **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated:   August 14, 2025                              /s/ Erik M. Helbing

                                                         Erik M. Helbing 203832

                                                         Attorney for Debtor

                                                         /s/ Joann Tarabocchia

                                                         Joann Tarabocchia

                                                         Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5