UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    JOANN TARABOCCHIA, | : | CHAPTER 13 |
|       Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|       Movant | : | |
| | : | |
|    vs. | : | |
| | : | |
| JOANN TARABOCCHIA, | : | |
|       Respondent(s) | : | CASE NO. 5:25-bk-01840-MJC |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Secured claims are not in the Plan. More specifically, the arrears claimed by MidFirst Bank are not provided for in the plan.

WHEREFORE, Trustee alleges and avers that the Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtor(s)' Plan;
   b. dismiss or convert Debtor(s)' case; and
   c. provide such other relief as is equitable and just.

Dated: September 24, 2025

                                                  Respectfully submitted:

                                                  /s/ Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee
                                                  8125 Adams Drive, Suite A
                                                  Hummelstown, PA 17036
                                                  (717) 566-6097

                                       BY:   /s/ Agatha R. McHale, Esquire
                                                       Attorney for Trustee

CERTIFICATE OF SERVICE

        I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Erik Mark Helbing, Esquire
Bowe & Odorizzi Law
109 West Broad Street
Tamaqua, PA 18252-1916

Dated: September 24, 2025

                                            /s/ Matthew Harnsberger, Legal Assistant
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee