**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joann Tarabocchia<br>　　　　　　　Debtor(s)<br><br>MidFirst Bank, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br><br>Joann Tarabocchia<br>　　　　　　　Debtor(s)<br><br>Jack N Zaharopoulos<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 25-01840 MJC |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of MidFirst Bank, which was filed with the Court on or about August 22, 2025.

Dated: October 10, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　 By: /s/ Matthew Fissel
　　　　　　　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joann Tarabocchia | BK NO. 25-01840 MJC |
| Debtor(s) | Chapter 13 |
| MidFirst Bank | Related to Claim No. 3 |
| Movant | |
| vs. | |
| Joann Tarabocchia | |
| Debtor(s) | |
| Jack N Zaharopoulos | |
| Trustee | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 10/10/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe for Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 10/10/2025

/s/ Matthew Fissel
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Joann Tarabocchia<br>847 Underwood Road West<br>East Stroudsburg, PA 18302 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Erik Mark Helbing<br>Helbing Law, LLC<br>109 West Broad Street<br>Tamaqua, PA 18252 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Jack N Zaharopoulos<br>Standing Chapter 13 (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |