United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                     Case No. 25-01840-MJC

Joann Tarabocchia                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 24, 2026 | Form ID: nttext | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

**Recip ID               Recipient Name and Address**
      +  Monroe Lake POA, Attn.: Edward Hoffman, 106 Columbia Drive, Suite 3, East Stroudsburg, PA 18301-8221

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eliza Garifullina | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| Erik Mark Helbing | on behalf of Debtor 1 Joann Tarabocchia ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;ann@boweodorizzilaw.com;helbing.erikb132500@notify.bestcase.com;helbing.erikm.b132500@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-5

Date Rcvd: Mar 24, 2026

TOTAL: 5

User: AutoDocke

Form ID: nttext

Page 2 of 2

Total Noticed: 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

   Joann Tarabocchia                              Chapter 13

           **Debtor 1**                        Case number 5:25−bk−01840−MJC

## Notice

Notice: The PDF document attached to Claim #14 does not include the Proof of Claim Form − 410 (Official Form 410). Please refile the Proof of Claim form in this case or re−submit the claim using the electronic proof of claim system (ePOC) found at http://www.pamb.uscourts.gov. (McHugh, Michael)

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 24, 2026 |

Notice Text Entries (Form nttext) (3/20)