# United States Bankruptcy Court
## Middle District of Pennsylvania

IN RE:                                                          Case No. 5:25-bk-01840-MJC

     Joann Tarabocchia                                        Chapter 13

         Debtor(s)

### CERTIFICATION IN OPPOSITION TO U.S. BANK TRUST NATIONAL ASSOCIATION, MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Erik M. Helbing, Esq., having been first sworn according to law depose and say the following:

1. I am an adult individual over the age of 18 and represent the Debtor(s) in the above-captioned matter.

2. The information contained within the Certification is within my personal knowledge and as such I am competent to provide it.

3. Debtor commenced this case by the filing of a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on July 1, 2025.

4. The Order Confirming Chapter 13 Plan was entered on January 22, 2026.

5. On May 13, 2026, MIDFIRST BANK. filed Motion for Relief from Stay relative to the Debtor's property commonly known as 847 Underwood Road West, East Stroudsburg, PA 18302.

6. Pursuant to the Motion for Relief, the Debtor's post-petition mortgage payments were $5,660.94.00 in arrears through May 1, 2026.

7. The Debtor has proposed an agreement through counsel and may be resolved through a stipulation.

8. I understand that any intentionally false statements in this document are subject to punishment.

Respectfully Submitted:

/s/Erik M. Helbing_____
Erik M. Helbing. Esq.
Attorney for the Debtor