United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 25-01840-MJC

Joann Tarabocchia                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                       User: AutoDocke                                    Page 1 of 1

Date Rcvd: Jul 24, 2026                    Form ID: pdf010                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID                      Recipient Name and Address**
          +  Attention Payroll Department, Exela Technology, 6641 N. Belt Line Road, Suite 100, Irving, TX 75063-6001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name                          Email Address**

Eliza Garifullina
                                on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com

Erik Mark Helbing
                                on behalf of Debtor 1 Joann Tarabocchia ehelbing@helbingconsumerlaw.com
                                bk@helbingconsumerlaw.com;ann@boweodorizzilaw.com;helbing.erikb132500@notify.bestcase.com;helbing.erikm.b132500@notify.bestcase.com

Jack N Zaharopoulos
                                ecf@pamd13trustee.com

Matthew K. Fissel
                                on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee
                                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Joann Tarabocchia        :      Chapter: 13

                         :

                  Debtor(s)    :      Case No. 5:25-bk-01840-MJC

Joann Tarabocchia,
          Movant

v.

Exela Technology.,
          Respondent

## ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby **ORDERED** that until further Order of this Court:

Attention Payroll Department
Exela Technology
6641 N. Belt Line Road, Suite 100
Irving, TX 75063

Shall deduct from said Debtor's income the total sum of **$354.00** from each bi-weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee | Amount per bi-weekly paycheck | Memo Line Text |
|---|---|---|
| Jack N. Zaharopoulos Standing Chapter 13 Trustee P.O. Box 6008 Memphis, TN 38101-6008 | $354.00 | Case No.: 5:25-bk-01840-MJC |

**IT IS FURTHER ORDERED** that checks issued pursuant to this Order shall be sent to each payee on the same date that the Debtor is paid, and that the face of the payee's check shall include the corresponding text set forth in the column labeled "Memo Line Text" in the above chart. This order shall be binding upon any successor in interest to Respondent. Respondent shall change or discontinue the aforementioned deductions (including the identity of any payee) upon written certification from the trustee or the debtor's counsel that such a change or discontinuation, as applicable, is required. Respondent shall not charge any fee to debtor in connection with Respondent's compliance with this order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 24, 2026
