**Fill in this information to identify the case:**

Debtor 1    Joann Tarabocchia _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ Middle _____ District of _____ Pennsylvania _____
                                                                      (State)

Case number    5:25-bk-01840-MJC _____

Official Form 410S1

# Notice of Mortgage Payment Change     12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MIDFIRST BANK

_____

**Last 4 digits** of any number you use to identify the debtor's account:     3690 _____

**Court claim no.** (if known): 3 _____

**Date of payment change:**
Must be at least 21 days after date of this notice     9/1/2025 _____ *

**New total payment:**
Principal, interest, and escrow, if any     $ _____ 1415.42
*For HELOC payment amounts, see Part 3*

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____ %     **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3:   Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☒ No
   ☐ Yes.

   **Current HELOC payment:**     $_____

   **Reconciliation amount:**     + $_____ or
                                    - $_____

Case 5:25-bk-01840-MJC   Doc    Filed 12/02/25   Entered 12/02/25 15:07:19   Desc
Main Document     Page 1 of 29

**Amount of next payment (including reconciliation amount)**    $_____

**Amount of the new payment thereafter (without reconciliation amount)**    $_____

## Part 4:    Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____ Loan Modification: P&I = $772.64; Escrow (subject to change) = $642.78 _____

**Current mortgage payment:** $ _____1303.94_____      **New mortgage payment:** $ _____1415.42_____

## Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Shawn Miller* _____    Date 12/1/2025 _____
Signature

Print:    Shawn Miller _____    Title Authorized Agent for Creditor _____
First Name    Middle Name    Last Name

Company    Aldridge Pite, LLP _____

Address    Six Piedmont Center, 3525 Piedmont Road, N.E., _____
Number    Street

Atlanta _____ GA    30305 _____
City          State    ZIP Code

Contact phone    (404 ) 994-7400 _____    Email shawnmiller@aldridgepite.com _____

*Please note that this Notice of Mortgage Payment Change is being filed to ensure the court's record reflects the current payment amount under Debtors' Loan Modification Agreement recently entered into on/about 9/19/2025.



**MIDLAND MORTGAGE**
A division of MidFirst Bank

09/03/25

\*\*\*LMT\*\*4.49\*\*\*
JOANN TARABOCCHIA
847 UNDERWOOD RD
EAST STROUDSBURG     PA 18302-0000

# Please call us.

Your plan documents need to
be signed and notarized again.

Dear Homeowner:

We've received your documents, but we cannot accept them because of one or more errors. Enclosed is another copy of your unsigned plan documents and a return envelope. Please sign and return the documents.

Before signing the new set of plan documents, please see the checklist below, which lists common reasons for document rejection. If you'd like to call us at **800-552-3000**, we can walk you through the instructions to get these signed and notarized correctly. We're available weekdays from 8 a.m. to 7 p.m. and Saturdays from 9 a.m. to 1 p.m. Central time.

Please verify the following before returning your documents to us:

- ☑ The paperwork is filled out using **black** ink.
- ☑ The notary stamp and signature are in **black** ink.
- ☐ <u>Two</u> complete sets are initialed in the bottom right hand corner of each page, signed, and notarized.
- ☐ Your signature matches your name exactly as it appears (i.e. middle initial, middle name, Jr., etc.)
- ☐ All those who are required to sign the documents have signed the documents.
- ☐ The documents have not been altered in any way.
- ☑ The Loan Modification Agreement has been notarized.
- ☐ The Subordinate Mortgage/Subordinate Deed of Trust has been notarized.
- ☐ The Date of Acknowledgement is completed.
- ☑ The expiration date of the notary is listed.
- ☑ The acknowledgement pages include a notary stamp and/or seal.
- ☑ The notary seal does not cover text or signatures.
- ☐ A different witness has signed on each line (if required).
    - ☐ The witness(es) printed their name below each line.
    - ☐ The notary did not sign as a witness (if applicable).
    - ☐ The witness is not related to you.
- ☐ The Errors and Omissions Compliance Agreement is signed by all parties (if applicable).
- ☐ The Certification of Condition is signed by all parties (if applicable).

We look forward to receiving your signed documents.

Sincerely,

Midland Mortgage, a division of MidFirst Bank

**Notice:** If your loan was in default when MidFirst Bank obtained it, and you have not filed bankruptcy or received a discharge of the debt secured by the Mortgage/Deed of Trust, we are required to inform you that this communication is from a debt collector. If you have received a bankruptcy discharge of the debt secured by the Mortgage/Deed of Trust, or you are currently in bankruptcy under the protection of an automatic stay, this letter is not an attempt to collect the debt from you personally and is for informational purposes only.

*Midland Mortgage*
*P.O. Box 26648 / Oklahoma City / OK 73126-0648*
*TEL 800-654-4566   FAX 405-767-5500*

*Qualified Written Requests, Notices of Error,*
*Information Requests and Credit Disputes must be sent to:*
*P.O. Box 268959 / Oklahoma City / OK  73126-8959*

MYMIDLANDMORTGAGE.COM

Case 5:25-bk-01840-MJC    Doc    Filed 12/02/25    Entered 12/02/25 15:07:19    Desc
Main Document    Page 3 of 29

# ///  MIDLAND MORTGAGE

### A division of MidFirst Bank

JULY 28, 2025

JOANN TARABOCCHIA
847 UNDERWOOD RD
EAST STROUDSBURG PA 18302

# Read, sign and return.

Please return the enclosed documents to us by
AUGUST 14, 2025

Dear Homeowner:

Congratulations, you are now ready to complete your COVID-19 loan modification documents. Please follow the steps below and return two signed and notarized copies of the completed documents to our office by AUGUST 14, 2025.

1. Follow the enclosed instructions exactly, or the documents may be rejected.
2. Read, sign and date two copies of the enclosed documents in front of a notary.
3. Return two signed and notarized copies to us.

## Mailing and return instructions:

*By Overnight Courier (UPS, FedEx, Etc.)*
Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
999 N.W. Grand Boulevard, Suite 100
Oklahoma City, OK 73118

*By US Mail*
Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
P.O. Box 268806
Oklahoma City, OK 73126-8806

The basic terms of your modification are as outlined below.

| MODIFIED TERMS | |
|---|---|
| Principal Balance | $120,787.33 |
| Interest Rate | 7.2500% |
| Maturity Date | AUGUST 1, 2065 |
| **MODIFIED PAYMENT** | |
| Principal and Interest Payment | $772.64 |
| Escrow Payment | $642.78[1] |
| **Total Payment** | **$1,415.42** |

[1] *– Subject to change at next Escrow Analysis*

**The signed and notarized documents must be returned by AUGUST 14, 2025**; however, if a foreclosure sale has been scheduled on your property, then you must return the documents to Midland at least 48 hours prior to your scheduled foreclosure sale. Failure to return the documents will prevent your loan modification from being approved, and the collection and/or foreclosure process may proceed without further notice to you. For information on the current terms of your loan, please refer to your monthly billing statement.

**Your first payment under the Loan Modification Agreement in the amount of $1,415.42 is due on or before SEPTEMBER 1, 2025.** You may send your first payment with the signed Loan Modification Agreements. Please be aware that failure to timely return all required documents may disqualify you from the program and will prevent your Loan Modification from being approved. In such a case, the collection and/or foreclosure process may proceed without further notice to you. A loan modification may extend the term of the loan, or, in some cases, increase the payment amount. Please read the plan documents carefully, make sure you understand the modified terms, and contact us with any questions. By signing this agreement, you are confirming that you have the ability to make the modified Monthly Payment.



# MIDLAND MORTGAGE
### *A division of MidFirst Bank*

We report the status of the loan, including a loan modification, to credit reporting bureaus. Mortgage payment assistance plans may adversely affect credit scores. For more information about credit scores, go to consumer.ftc.gov.

If you have any questions, please call 800-552-3000 Monday – Friday 8 a.m. to 7 p.m. or Saturday 9 a.m. to 1 p.m. Central time.

Sincerely,

Midland Mortgage, a division of MidFirst Bank

**Notice:** If your loan was in default when MidFirst Bank obtained it, and you have not filed bankruptcy or received a discharge of the debt secured by the Mortgage/Deed of Trust, we are required to inform you that this communication is from a debt collector. If you have received a bankruptcy discharge of the debt secured by the Mortgage/Deed of Trust, or you are currently in bankruptcy under the protection of an automatic stay, this letter is not an attempt to collect the debt from you personally and is for informational purposes only.

**Notice to Connecticut and North Carolina Residents:** The purpose of this communication is to collect a debt.

**Notice to Vermont Residents:** This is an attempt to collect a debt and any information obtained will be used for that purpose.

 **MIDLAND MORTGAGE**

*A division of MidFirst Bank*

 # Read These Instructions Before Signing Your Plan Documents

## Helpful tips and reminders:

✓ Please follow these directions exactly or your mortgage assistance plan could be delayed!
✓ Two sets of the Loan Modification Agreement are enclosed.
   Both will be returned to Midland using the mailing information below.
✓ USE BLACK INK ONLY, or your plan documents may be delayed or rejected.
✓ Do not change the documents in any way. Please call 800-552-3000 with any questions about the documents or the details of your mortgage assistance plan.

## Instructions for document signers:

☐ Sign all copies of the Loan Modification in front of a notary.
☐ Sign names in black ink on all sets of documents exactly as they appear - don't forget middle initials, middle names, Jr./Sr., etc.
☐ Sign both sets of documents in all places where names appear.

## Instructions for the notary:

☐ Use black ink for the notary stamp and signature.
☐ Complete the date of acknowledgement.
☐ List your notary expiration date.
☐ Include your notary stamp and/or seal on the acknowledgement pages.
☐ Ensure the notary seal is in a blank space and does not cover text or signatures.

| _By Overnight Courier (UPS, FedEx, Etc.)_ | _By US Mail_ |
|---|---|
| Midland Mortgage - A Division of MidFirst Bank | Midland Mortgage - A Division of MidFirst Bank |
| Attn: MAC | Attn: MAC |
| 999 N.W. Grand Boulevard, Suite 100 | P.O. Box 268806 |
| Oklahoma City, OK 73118 | Oklahoma City, OK 73126-8806 |



This Document Prepared By:
**JAMERRIA GRAVES**
**MIDFIRST BANK, A FEDERALLY**
**CHARTERED SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

When Recorded Mail To:
**FIRST AMERICAN TITLE**
**DTO REC., MAIL CODE: 4002**
**4795 REGENT BLVD**
**IRVING, TX 75063**

Tax/Parcel #: 9.14B.3-13.7
_____ [Space Above This Line for Recording Data] _____

**Original Principal Amount: $81,400.00**
**Unpaid Principal Amount: $107,967.50**
**New Principal Amount: $120,787.33**
**New Money (Cap): $12,819.83**



# LOAN MODIFICATION AGREEMENT (MORTGAGE)

This Loan Modification Agreement ("Agreement"), made this **28TH** day of **JULY, 2025**, between **JOANN TARABOCCHIA** ("Borrower"), whose address is **847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302** and

Page 1



**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION** ("Lender"), whose address is **501 N.W. GRAND BLVD, OKLAHOMA CITY, OK 73118**, amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated **APRIL 30, 2018** and recorded on **MAY 8, 2018** in **INSTRUMENT NO. 201811085 BOOK 2510 PAGE 1051**, of the **OFFICIAL** Records of **MONROE COUNTY, PENNSYLVANIA**, and (2) the Note **bearing the same date as**, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

### 847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302
(Property Address)

the real property described is located in **MONROE County, PENNSYLVANIA** and being set forth as follows:

**LEGAL DESCRIPTION: SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of, **AUGUST 1, 2025** the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$120,787.33**, consisting of the amount(s) loaned to Borrower by Lender, plus capitalized interest and other amounts capitalized, which is limited to escrows, and any legal fees and related foreclosure costs that may have been accrued for work completed, in the amount of U.S. **$12,819.83**.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **7.2500%**, from **AUGUST 1, 2025**. The Borrower promises to make monthly payments of principal and interest of U.S. **$772.64**, beginning on the **1ST** day of **SEPTEMBER, 2025**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on **AUGUST 1, 2065** (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural

Page 2

person) without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by this Security Instrument.

If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

4. The Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever cancelled, null and void, as of the date specified in Paragraph No. 1 above:
   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and
   (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. **If the Borrower has, since inception of this loan but prior to this Agreement, received a discharge in a Chapter 7 bankruptcy, and there having been no valid reaffirmation of the underlying debt, by entering into this Agreement, the Lender is not attempting to re-establish any personal liability for the underlying debt.**

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

7. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

███████████████████              Page 3              ███████████████████



In Witness Whereof, I have executed this Agreement.

_Joann Tarabocchia_          9/19/25
Borrower: JOANN TARABOCCHIA         **Date**

_____[Space Below This Line for Acknowledgments]_____

## BORROWER ACKNOWLEDGMENT

State of PENNSYLVANIA
County of Schuylkill _____

This record was acknowledged before me on _September 19, 2025_ (date)
by JOANN TARABOCCHIA (name(s) of individual(s)).

_____This notarial act involved the use of communication technology.

_Qiana N. Ramirez_
Signature of notarial officer                    **(Stamp)**

_Qiana N. Ramirez  Notary Public_
Printed Name and Title of office

My commission expires: _8/22/2027_

<table>
<tr><td>Commonwealth of Pennsylvania - Notary Seal<br>Qiana N Ramirez, Notary Public<br>Schuylkill County<br>My Commission Expires 08/22/2027<br>Commission Number 1437959</td></tr>
</table>

Page 4

In Witness Whereof, the Lender has executed this Agreement.

**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

By _____     _____
                        (print name)                                                    Date
                        (title)

_____ [Space Below This Line for Acknowledgments] _____

**LENDER ACKNOWLEDGMENT**

**STATE OF** _____
**COUNTY OF** _____

The instrument was acknowledged before me on _____ (date) by
_____, as _____ of **MIDFIRST BANK, A**
**FEDERALLY CHARTERED SAVINGS ASSOCIATION.**

_____This notarial act was an online notarial act.

_____
Notary Public

Printed Name: _____

My commission expires: _____

**THIS DOCUMENT WAS PREPARED BY:**
**JAMERRIA GRAVES**
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

Page 5

# EXHIBIT A

**BORROWER(S): JOANN TARABOCCHIA**

**LOAN NUMBER: (scan barcode)**

**LEGAL DESCRIPTION:**

The land referred to in this document is situated in the CITY OF EAST STROUDSBURG, COUNTY OF MONROE, STATE OF PENNSYLVANIA, and described as follows:

LOT NOS. 7 AND 9, BLOCK 13 OF UNIT NO. 3 AS SHOWN ON THE SURVEY AND ORIGINAL PLAT OF MONROE LAKE SHORES, MONROE COUNTY, PENNSYLVANIA.

LOT NOS. 11 AND 13, BLOCK 13 OR UNIT NO. 3 AS SHOWN ON THE SURVEY AND ORIGINAL PLAT OF MONROE LAKE SHORES, MONROE COUNTY, PENNSYLVANIA.

Source of Title: INSTRUMENT NO. 201605846 DEED BOOK 2468, AT PAGE(S) 4082

ALSO KNOWN AS: 847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302

Page 6

Date: **JULY 28, 2025**
Loan Number: **(scan barcode)**
Lender: **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

Borrower: **JOANN TARABOCCHIA**

Property Address: **847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302**

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

Borrower: **JOANN TARABOCCHIA**                                    9/19/25
                                                                    Date

Date: **JULY 28, 2025**
Loan Number: **(scan barcode)**
Lender: **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

Borrower: **JOANN TARABOCCHIA**

Property Address: **847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302**

## ERRORS AND OMISSIONS COMPLIANCE AGREEMENT

In consideration of **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the replacement or correction of, any lost, misplaced, misstated or inaccurate document(s) or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

_Joann Tarabocchia_
Borrower: **JOANN TARABOCCHIA**

**9/19/25**
**Date**

# CERTIFICATE OF RESIDENCE

## TITLE OF DOCUMENT
**LOAN MODIFICATION AGREEMENT (MORTGAGE)**

## BETWEEN:
**JOANN TARABOCCHIA** (assignor/Mortgagor/grantor)

## AND:
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION** (assignee/Mortgagee/grantee)

I do hereby certify that the precise address of the within named Mortgagee is:
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

*By:* _____

*Print Name:* _____

*Title:* _____

# ///  MIDLAND MORTGAGE

### A division of MidFirst Bank

JULY 28, 2025

JOANN TARABOCCHIA
847 UNDERWOOD RD
EAST STROUDSBURG  PA 18302

# Read, sign and return.

Please return the enclosed documents to us by
AUGUST 14, 2025

Dear Homeowner:

Congratulations, you are now ready to complete your COVID-19 loan modification documents. Please follow the steps below and return two signed and notarized copies of the completed documents to our office by AUGUST 14, 2025.

1. Follow the enclosed instructions exactly, or the documents may be rejected.
2. Read, sign and date two copies of the enclosed documents in front of a notary.
3. Return two signed and notarized copies to us.

**Mailing and return instructions:**

*By Overnight Courier (UPS, FedEx, Etc.)*
Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
999 N.W. Grand Boulevard, Suite 100
Oklahoma City, OK 73118

*By US Mail*
Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
P.O. Box 268806
Oklahoma City, OK 73126-8806

The basic terms of your modification are as outlined below.

| MODIFIED TERMS | |
|---|---|
| Principal Balance | $120,787.33 |
| Interest Rate | 7.2500% |
| Maturity Date | AUGUST 1, 2065 |
| **MODIFIED PAYMENT** | |
| Principal and Interest Payment | $772.64 |
| Escrow Payment | $642.78[1] |
| **Total Payment** | **$1,415.42** |

[1] – *Subject to change at next Escrow Analysis*

**The signed and notarized documents must be returned by AUGUST 14, 2025**; however, if a foreclosure sale has been scheduled on your property, then you must return the documents to Midland at least 48 hours prior to your scheduled foreclosure sale. Failure to return the documents will prevent your loan modification from being approved, and the collection and/or foreclosure process may proceed without further notice to you. For information on the current terms of your loan, please refer to your monthly billing statement.

**Your first payment under the Loan Modification Agreement in the amount of $1,415.42 is due on or before SEPTEMBER 1, 2025.** You may send your first payment with the signed Loan Modification Agreements. Please be aware that failure to timely return all required documents may disqualify you from the program and will prevent your Loan Modification from being approved. In such a case, the collection and/or foreclosure process may proceed without further notice to you. A loan modification may extend the term of the loan, or, in some cases, increase the payment amount. Please read the plan documents carefully, make sure you understand the modified terms, and contact us with any questions. By signing this agreement, you are confirming that you have the ability to make the modified Monthly Payment.



# MIDLAND MORTGAGE
*A division of MidFirst Bank*

We report the status of the loan, including a loan modification, to credit reporting bureaus. Mortgage payment assistance plans may adversely affect credit scores. For more information about credit scores, go to consumer.ftc.gov.

If you have any questions, please call 800-552-3000 Monday – Friday 8 a.m. to 7 p.m. or Saturday 9 a.m. to 1 p.m. Central time.

Sincerely,

Midland Mortgage, a division of MidFirst Bank

**Notice:** If your loan w as in default w hen MidFirst Bank obtained it, and you have not filed bankruptcy or received a discharge of the debt secured by the Mortgage/Deed of Trust, w e are required to inform you that this communication is from a debt collector. If you have received a bankruptcy discharge of the debt secured by the Mortgage/Deed of Trust, or you are currently in bankruptcy under the protection of an automatic stay, this letter is not an attempt to collect the debt from you personally and is for informational purposes only.

**Notice to Connecticut and North Carolina Residents:** The purpose of this communication is to collect a debt.

**Notice to Vermont Residents:** This is an attempt to collect a debt and any information obtained will be used for that purpose.



# MIDLAND MORTGAGE
### A division of MidFirst Bank



# Read These Instructions Before Signing Your Plan Documents

## Helpful tips and reminders:

- ✓ Please follow these directions exactly or your mortgage assistance plan could be delayed!
- ✓ Two sets of the Loan Modification Agreement are enclosed.
  Both will be returned to Midland using the mailing information below.
- ✓ USE BLACK INK ONLY, or your plan documents may be delayed or rejected.
- ✓ Do not change the documents in any way. Please call 800-552-3000 with any questions about the documents or the details of your mortgage assistance plan.

## Instructions for document signers:

- ☐ Sign all copies of the Loan Modification in front of a notary.
- ☐ Sign names in black ink on all sets of documents exactly as they appear - don't forget middle initials, middle names, Jr./Sr., etc.
- ☐ Sign both sets of documents in all places where names appear.

## Instructions for the notary:

- ☐ Use black ink for the notary stamp and signature.
- ☐ Complete the date of acknowledgement.
- ☐ List your notary expiration date.
- ☐ Include your notary stamp and/or seal on the acknowledgement pages.
- ☐ Ensure the notary seal is in a blank space and does not cover text or signatures.

*By Overnight Courier (UPS, FedEx, Etc.)*

Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
999 N.W. Grand Boulevard, Suite 100
Oklahoma City, OK 73118

*By US Mail*

Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
P.O. Box 268806
Oklahoma City, OK 73126-8806

This Document Prepared By:
**JAMERRIA GRAVES**
**MIDFIRST BANK, A FEDERALLY**
**CHARTERED SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

When Recorded Mail To:
**FIRST AMERICAN TITLE**
**DTO REC., MAIL CODE: 4002**
**4795 REGENT BLVD**
**IRVING, TX 75063**

**Tax/Parcel #: 9.14B.3-13.7**
_____ [Space Above This Line for Recording Data] _____

**Original Principal Amount: $81,400.00**          **FHA/VA/RHS Case**
**Unpaid Principal Amount: $107,967.50**          ███████████████████
**New Principal Amount: $120,787.33**
**New Money (Cap): $12,819.83**

# LOAN MODIFICATION AGREEMENT (MORTGAGE)

This Loan Modification Agreement ("Agreement"), made this **28TH** day of **JULY, 2025**, between **JOANN TARABOCCHIA** ("Borrower"), whose address is **847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302** and

Page 1

**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION** ("Lender"), whose address is **501 N.W. GRAND BLVD, OKLAHOMA CITY, OK 73118**, amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated **APRIL 30, 2018** and recorded on **MAY 8, 2018** in **INSTRUMENT NO. 201811085 BOOK 2510 PAGE 1051**, of the **OFFICIAL** Records of **MONROE COUNTY, PENNSYLVANIA**, and (2) the Note **bearing the same date as**, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302**
(Property Address)

the real property described is located in **MONROE County, PENNSYLVANIA** and being set forth as follows:

**LEGAL DESCRIPTION: SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of, **AUGUST 1, 2025** the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$120,787.33**, consisting of the amount(s) loaned to Borrower by Lender, plus capitalized interest and other amounts capitalized, which is limited to escrows, and any legal fees and related foreclosure costs that may have been accrued for work completed, in the amount of U.S. **$12,819.83**.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **7.2500%**, from **AUGUST 1, 2025**. The Borrower promises to make monthly payments of principal and interest of U.S. **$772.64**, beginning on the **1ST** day of **SEPTEMBER, 2025**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on **AUGUST 1, 2065** (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural

Page 2

person) without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by this Security Instrument.

If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

4. The Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever cancelled, null and void, as of the date specified in Paragraph No. 1 above:
   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and
   (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. **If the Borrower has, since inception of this loan but prior to this Agreement, received a discharge in a Chapter 7 bankruptcy, and there having been no valid reaffirmation of the underlying debt, by entering into this Agreement, the Lender is not attempting to re-establish any personal liability for the underlying debt.**

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

7. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

Page 3

In Witness Whereof, I have executed this Agreement.

Joann Tarabocchia           9/19/25

Borrower: JOANN TARABOCCHIA         **Date**

_____[Space Below This Line for Acknowledgments]_____

## BORROWER ACKNOWLEDGMENT

State of PENNSYLVANIA
County of Schuylkill _____

This record was acknowledged before me on ___September 19, 2025___ (date)
by JOANN TARABOCCHIA (name(s) of individual(s)).

_____This notarial act involved the use of communication technology.

                                                                   (Stamp)

Qiana N. Ramirez
Signature of notarial officer

Qiana N. Ramirez   Notary Public
Printed Name and Title of office

My commission expires: __8/22/2027__

> Commonwealth of Pennsylvania - Notary Seal
> Qiana N Ramirez, Notary Public
> Schuylkill County
> My Commission Expires 08/22/2027
> Commission Number 1437959

Page 4

In Witness Whereof, the Lender has executed this Agreement.

**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

By _____ (print name) _____ Date
(title)

_____ [Space Below This Line for Acknowledgments] _____

**LENDER ACKNOWLEDGMENT**

**STATE OF** _____
**COUNTY OF** _____

The instrument was acknowledged before me on _____ (date) by
_____, as _____ of **MIDFIRST BANK, A
FEDERALLY CHARTERED SAVINGS ASSOCIATION.**

_____ This notarial act was an online notarial act.

_____
Notary Public

Printed Name: _____

My commission expires: _____

**THIS DOCUMENT WAS PREPARED BY:**
**JAMERRIA GRAVES**
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

Page 5

# EXHIBIT A

BORROWER(S): JOANN TARABOCCHIA

LOAN NUMBER: (scan barcode)

LEGAL DESCRIPTION:

The land referred to in this document is situated in the CITY OF EAST STROUDSBURG, COUNTY OF MONROE, STATE OF PENNSYLVANIA, and described as follows:

LOT NOS. 7 AND 9, BLOCK 13 OF UNIT NO. 3 AS SHOWN ON THE SURVEY AND ORIGINAL PLAT OF MONROE LAKE SHORES, MONROE COUNTY, PENNSYLVANIA.

LOT NOS. 11 AND 13, BLOCK 13 OR UNIT NO. 3 AS SHOWN ON THE SURVEY AND ORIGINAL PLAT OF MONROE LAKE SHORES, MONROE COUNTY, PENNSYLVANIA.

Source of Title: INSTRUMENT NO. 201605846 DEED BOOK 2468, AT PAGE(S) 4082

ALSO KNOWN AS: 847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302

Page 6

Date: **JULY 28, 2025**
Loan Number: **(scan barcode)**
Lender: **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**
Borrower: **JOANN TARABOCCHIA**

Property Address: **847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302**

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

Borrower: **JOANN TARABOCCHIA**          9/19/25
                                                                    Date

Page 7

Date: **JULY 28, 2025**
Loan Number: **(scan barcode)**
Lender: **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

Borrower: **JOANN TARABOCCHIA**

Property Address: **847 UNDERWOOD RD W, EAST STROUDSBURG, PENNSYLVANIA 18302**

# ERRORS AND OMISSIONS COMPLIANCE AGREEMENT

In consideration of **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the replacement or correction of, any lost, misplaced, misstated or inaccurate document(s) or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

Borrower: **JOANN TARABOCCHIA**

**9/19/25**
**Date**

Page 8

# CERTIFICATE OF RESIDENCE

## TITLE OF DOCUMENT
LOAN MODIFICATION AGREEMENT (MORTGAGE)

## BETWEEN:
JOANN TARABOCCHIA (assignor/Mortgagor/grantor)

## AND:
MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION (assignee/Mortgagee/grantee)

I do hereby certify that the precise address of the within named Mortgagee is:
MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION
501 N.W. GRAND BLVD
OKLAHOMA CITY, OK 73118

*By:* _____

*Print Name:* _____

*Title:* _____

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF PENNSYLVANIA - WILKES-BARRE DIVISION

| | |
|---|---|
| In re | Case No. 5:25-bk-01840-MJC |
| JOANN TARABOCCHIA, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Bertha Y. Mora, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 3333 Camino del Rio South, Suite 225, San Diego CA 92108. I am over the age of eighteen years and not a party to this cause.

On December 2, 2025, I caused the NOTICE OF MORTGAGE PAYMENT CHANGE to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Bertha Y. Mora
BERTHA Y. MORA

- 1 -

PROOF OF SERVICE

<u>**SERVICE LIST**</u>

**<u>DEBTOR(S)</u>**
**<u>(VIA US MAIL)</u>**

Joann Tarabocchia
847 Underwood Road West East
Stroudsburg, PA 18302

**<u>DEBTOR(S) ATTORNEY</u>**
**<u>(VIA ELECTRONIC NOTICE)</u>**

Erik Mark Helbing

**<u>CHAPTER 13 TRUSTEE</u>**
**<u>(VIA ELECTRONIC NOTICE)</u>**

Jack N Zaharopoulos

**<u>U.S. TRUSTEE</u>**
**<u>(VIA ELECTRONIC NOTICE)</u>**

United States Trustee

- 2 -

PROOF OF SERVICE